IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA A. STEAGALL, )<br>    Plaintiff, )<br>v. )<br>)<br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>    Defendant. ) | Case No: 3:06-CV-1010-P<br>ECF |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNTIED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SIGNED this 8th day of August 2007.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE